UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br>    Plaintiff<br><br>v.<br><br><br>WENDY S. YANKOWY,<br>    Defendant | CIVIL NO. 2:19-cv-00429-JAW |

## JUDGMENT

In accordance with the Order Granting Motion to Dismiss Without Prejudice, issued on November 23, 2020, by U.S. District Judge John A. Woodcock, Jr.,

JUDGMENT of dismissal is hereby entered.

                                                            CHRISTA K. BERRY
                                                            Clerk of Court

                By:

                                                            /s/ Teagan Snyder
                                                            Deputy Clerk

Dated this 23rd day of November, 2020